# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| RYAN TRAPP,<br><br>                        Plaintiff,<br><br>v.<br><br>WALTON SIGNAGE, LTD.,<br><br>                        Defendant. | Case No. 18-CV-394-JPS<br><br><br><br>**ORDER** |

On April 25, 2018, the parties filed a joint stipulation of dismissal of this action with prejudice, with each party to bear its own costs. (Docket #21). The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal (Docket #21) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 25th day of April, 2018.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge